IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

RECEIVED
PRO SE DOCKETING UNIT
2017 FEB 24 PM 3:18

---

| | |
|---|---|
| KRISTY M. WAGNER, ) | |
| ) | |
| PLAINTIFF, ) | 16-CV-7298 |
| v. ) | |
| ) | |
| SUNPOWER CORPORATION, ) | |
| SUNPOWER CORPORATION, SYSTEMS, ) | |
| DEFENDANTS. ) | |

---

## AFFIDAVIT OF MAILING

I, Kristy M. Wagner, being duly sworn, depose and say: On February 22, 2017, I sent by United States Mail, in a sealed envelope, with postage prepaid thereon, addressed to the last-known address of the addressee indicated below, a true and correct copy of the Notice of Appeal in the above-captioned matter:

Robert Lian
Akin Gump Strauss Hauer & Feld
1333 New Hampshire NW
Washington DC 20036

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-24-17

Date of signing: February 22, 2017

Signature of Plaintiff: _Kristy M. Wagner_

Printed Name of Plaintiff: Kristy M. Wagner

7 Richard Lane
Huntington NY 11743



Pro Se Intake Unit
United States District Court of the
Daniel P. Moynihan
United States Courthouse
500 Pearl Street, Room 200
New York, NY 10007

LONG ISLAND NY 117
22 FEB 2017 PM 3 L

2017 FEB 24 PM 3: 18
RECEIVED
SDNY DOCKET UNIT